**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: L.C., A MINOR | : | No. 161 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: M.C., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: L.C., A MINOR | : | No. 162 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: M.C., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.